**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　ROBERT S GAJDA<br>　　MARY LOU GAJDA<br>　　　　　Debtor(s) | Case No. 10-14323 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　　　Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　　　1)　The case was filed on 03/31/2010, and was converted to chapter 13 on 11/24/2010.

　　　　2)　The plan was confirmed on 12/13/2011.

　　　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 01/12/2012.

　　　　5)　The case was converted on 04/19/2012.

　　　　6)　Number of months from filing to last payment: 16.

　　　　7)　Number of months case was pending: 18.

　　　　8)　Total value of assets abandoned by court order:  NA .

　　　　9)　Total value of assets exempted: $39,921.00.

　　　　10) Amount of unsecured claims discharged without payment: $0.00.

　　　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $126,430.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $126,430.00

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,290.48 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,290.48

Attorney fees paid and disclosed by debtor:     $3,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACTIVITY COLLECTION SVC | Unsecured | 212.07 | NA | NA | 0.00 | 0.00 |
| ADVANCE SURGICAL | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| ALLIED AIR CONDITIONING & HTG | Unsecured | 3,489.22 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFORSOURCE LP | Unsecured | 646.91 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 2,410.25 | 2,410.25 | 2,410.25 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 1,059.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 1,007.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 855.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 210.41 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 3,457.36 | NA | NA | 0.00 | 0.00 |
| BLITT & GAINES | Unsecured | 1,202.00 | NA | NA | 0.00 | 0.00 |
| BROWARD COUNTY | Secured | 25,000.00 | 2,715.29 | 2,715.29 | 2,715.29 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,974.31 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| CBA COLLECTION BUREAU | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 33,905.61 | 33,905.61 | 33,905.61 | 11,625.05 | 0.00 |
| CITIMORTGAGE INC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| FLORIDA BIDS | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES BANK | Secured | 100,350.23 | 100,350.23 | 100,350.23 | 100,350.23 | 0.00 |
| GREAT LAKES BANK | Secured | 16,425.50 | 16,425.50 | 16,425.50 | 5,631.73 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 792.34 | NA | NA | 0.00 | 0.00 |
| MARTY LUCCHESI | Unsecured | 4,270.00 | NA | NA | 0.00 | 0.00 |
| MCDERMOTT BUILDERS INC | Unsecured | 82,619.01 | 82,619.01 | 82,619.01 | 0.00 | 0.00 |
| MEYER & NJUS PA | Unsecured | 1,773.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MRSI | Unsecured | 2,741.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 4,600.79 | 4,600.79 | 4,600.79 | 0.00 | 0.00 |
| NORDSTROM FSB | Unsecured | 516.65 | 516.65 | 516.65 | 0.00 | 0.00 |
| NORTHWEST ONCOLOGY | Unsecured | 2,564.00 | NA | NA | 0.00 | 0.00 |
| NOVAS DOHR MEDICAL | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN | Unsecured | 1,134.07 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 1,434.92 | NA | NA | 0.00 | 0.00 |
| SCOTT GARTNER | Unsecured | 6,078.00 | 6,078.00 | 6,078.00 | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| THE ARISTOCRAT CONDO ASSOC | Secured | 5,000.00 | 333.32 | 333.32 | 333.32 | 0.00 |
| TRI CITY PHYSICIANS | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| UNIFUND CCR PARTNERS | Unsecured | 7,886.00 | 2,123.34 | 2,123.34 | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY SURGEONS | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| VELOCITY INVESTMENTS LLC | Unsecured | NA | 0.01 | 0.01 | 0.00 | 0.00 |
| VELOCITY INVESTMENTS LLC | Secured | 2,022.00 | 2,022.00 | 2,022.00 | 478.42 | 5.48 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $100,350.23 | $100,350.23 | $0.00 |
| Mortgage Arrearage | $50,331.11 | $17,256.78 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,070.61 | $3,527.03 | $5.48 |
| **TOTAL SECURED:** | **$155,751.95** | **$121,134.04** | **$5.48** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$98,348.05** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,290.48 |
| Disbursements to Creditors | $121,139.52 |
| **TOTAL DISBURSEMENTS** : | **$126,430.00** |

**UST Form 101-13-FR-S (9/1/2009)**

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/17/2012            By: /s/ Glenn Stearns
                                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**